# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA
IN THE INTEREST OF D.P.

NO. 2023 KW 0264

**AUGUST 17, 2023**

In Re:     D.P., applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. J-19237.

BEFORE:   McCLENDON, HOLDRIDGE, AND GREENE, JJ.

**WRIT GRANTED.** The juvenile court's February 23, 2023, ruling revoking the juvenile's parole and imposing the remainder of his disposition is reversed, and the juvenile is ordered discharged. The state concedes that the motion to revoke the juvenile's parole was not accompanied by a supporting affidavit specifying the claimed violations, which form the basis of the revocation. See La. Ch. Code art. 913(A). Accordingly, this matter is remanded for further proceedings.

**PMc**
**GH**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT